NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**INTEX RECREATION CORP.,**
*Appellant*

**BESTWAY (USA), INC.,**
*Appellee*

**v.**

**TEAM WORLDWIDE CORPORATION,**
*Cross-Appellant*

**v.**

**ANDREI IANCU, Director, U.S. Patent and Trademark Office,**
*Intervenor*

---

2020-1141, -1142, -1143, -1149, -1150, -1151

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2018-00870, IPR2018-00871, IPR2018-00872, IPR2018-00873, and IPR2018-00874.

---

**ON MOTION**

---

Before LOURIE, DYK, and REYNA, *Circuit Judges*.

DYK, *Circuit Judge*.

**O R D E R**

Team Worldwide Corporation moves to vacate the decisions of the Patent Trial and Appeal Board and remand for additional proceedings consistent with *Arthrex, Inc. v. Smith & Nephew, Inc.*, 941 F.3d 1320 (Fed. Cir. 2019). Intex Recreation Corp. and Bestway (USA), Inc. respond that any remand order should apply to all the underlying Board decisions. The Director of the United States Patent and Trademark Office intervenes and also opposes.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The Director of the United States Patent and Trademark Office is added as an intervenor. The revised official caption is reflected above.

(2) The motion is granted to the extent that the Patent Trial and Appeal Board's decisions in IPR2018-00870, IPR2018-00871, IPR2018-00872, IPR2018-00873, and IPR2018-00874 are vacated, and the cases are remanded to the Board for proceedings consistent with this court's decision in *Arthrex*.

(3) Each side shall bear its own costs.

FOR THE COURT

April 29, 2020 /s/ Peter R. Marksteiner
Date Peter R. Marksteiner
Clerk of Court

s32