NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**INTEX RECREATION CORP.,**
*Appellant*

**BESTWAY (USA), INC.,**
*Appellee*

**v.**

**TEAM WORLDWIDE CORPORATION,**
*Cross-Appellant*

**v.**

**ANDREW HIRSHFELD, Performing the Functions and Duties of the Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office,**
*Intervenor*

---

2020-1141, -1142, -1143, -1149, -1150, -1151

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2018-00870, IPR2018-00871, IPR2018-00872, IPR2018-00873, and IPR2018-00874.

---

**SUA SPONTE**

---

Before LOURIE, DYK, and REYNA, *Circuit Judges*.

PER CURIAM.

**ORDER**

Upon consideration of Team Worldwide Corporation's response to the court's August 13, 2021 order, in which Team Worldwide requests limited remand in light of *United States v. Arthrex, Inc.*, 141 S. Ct. 1970 (2021),

IT IS ORDERED THAT:

(1) This case is remanded for the limited purpose of allowing Team Worldwide the opportunity to request Director rehearing of the final written decisions.

(2) Team Worldwide must file the request for rehearing within 30 days from the date of this order.

(3) This court retains jurisdiction over these appeals.

(4) Team Worldwide shall inform this court within 14 days of any decision denying rehearing. The Clerk of Court shall reactivate the appeal(s) upon receipt of that notice.

(5) Within 14 days of a decision granting rehearing, intervenor shall inform the court of that decision and make any request to remand the case in full or continue the stay of proceedings. The intervenor's request shall include a statement of consent or opposition.

FOR THE COURT

September 24, 2021 — /s/ Peter R. Marksteiner
Date — Peter R. Marksteiner
Clerk of Court

s32