NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**INTEX RECREATION CORP.,**
*Appellant*

**BESTWAY (USA), INC.,**
*Appellee*

**v.**

**TEAM WORLDWIDE CORPORATION,**
*Cross-Appellant*

**v.**

**ANDREW HIRSHFELD, Performing the Functions and Duties of the Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office,**
*Intervenor*

---

2020-1141, -1142, -1143, -1149, -1150, -1151

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2018-00870, IPR2018-00871, IPR2018-00872, IPR2018-00873, and IPR2018-00874.

---

**SUA SPONTE**

---

**O R D E R**

Upon consideration of Team Worldwide Corporation's notice indicating that it will not be filing any new or amended notices of appeal,

IT IS ORDERED THAT:

Intex Recreation Corp.'s principal brief, addressing only Appeal Nos. 2020-1141, 2020-1142, and 2020-1143, is due no later than 60 days after the date of filing of this order. Team Worldwide's principal and response brief, addressing all six appeals, is due no later than 40 days after Intex files its principal brief. The intervenor's brief, addressing all six appeals, and Bestway (USA), Inc.'s response brief, addressing only Appeal Nos. 2020-1149, 2020-1150, and 2020-1151, are due no later than 40 days after Team Worldwide files its principal and response brief. Intex's response and reply brief, addressing all six appeals, is due no later than 40 days after the filing of the intervenor's brief or Bestway's brief, whichever is later. Team Worldwide's reply brief, addressing only Appeal Nos. 2020-1149, 2020-1150, and 2020-1151, is due no later than 21 days after Intex files its response and reply brief.

FOR THE COURT

February 28, 2022<br>Date

/s/ Peter R. Marksteiner<br>Peter R. Marksteiner<br>Clerk of Court