CHERIAN LLP

2001 Addison St, Ste 275
Berkeley, CA 94704
Office: 510.944.0187
Mobile: 415.254.1364

**Robert Harkins**
**Partner**

October 4, 2023

Jarrett B. Perlow
Clerk of Court
U.S. Court of Appeals for the Federal Circuit
717 Madison Place, NW
Washington, DC 20439

Re: *Team Worldwide Corp. v. Intex Recreation Corp.*, Nos. 20-1141, -1142, -1143, -1149, -1150, -1151 — Cross-Appellant's Rule 28(j) Letter re: *Volvo Penta of the Americas, LLC v. Brunswick Corp.*, 2023 U.S. App. LEXIS 22303 (Fed. Cir. August 24, 2023)

Dear Mr. Perlow:

This Court's recent decision in *Volvo Penta of the Americas, LLC v. Brunswick Corp.* further supports Appellant's arguments in its briefs that the Board erred in its analysis of secondary considerations of nonobviousness.

In *Volvo*, with respect to secondary considerations of nonobviousness, this Court confirmed that when the Board "does not discuss the summation of the [objective evidence] factors at all other than to say, without explanation, that they collectively 'weigh[] somewhat in favor of nonobviousness'" then "[t]hat is not sufficient to sustain its determination." *Volvo* at *27. The Court also explained that where individual factors are assigned with "some weight" or "very little weight" that it "stands to reason that these individual weights would sum to a greater weight." *Id.* In *Volvo*, this Court concluded that "the Board's analysis of objective indicia of nonobviousness, including its assignments of weight to different considerations, was overly vague and ambiguous." *Id.* at *20.

As discussed in its briefs, TWW contends the Board erred by incorrectly attributing only some weight to TWW's evidence of commercial success, failure to develop alternatives, and broad acceptance and praise for products practicing the claims of the '394 Patent. While the Board assigned "some weight," "some weight, but not considerable," and "little weight," to the various factors, it concluded that overall, the "Patent Owner is entitled to

some, but not considerable, weight in favor of nonobviousness." Appx000099. The Board's conclusion here contradicts this Court's holding in *Volvo*, that "it stands to reason that these individual weights would sum to a greater weight." With a proper assessment of the strength of the objective evidence of nonobviousness this evidence outweighs any evidence of obviousness of the claims of TWW's '394 Patent. *See e.g.,* Red Br. at 69-75; Gray Br. at 26-31.

Best Regards,

Cherian LLP

Robert Harkins
CHERIAN LLP
2001 Addison Street, Suite 275
Berkeley, CA 94704
Tel: (510) 944-0187
bobh@cherianllp.com

*Counsel for Cross-Appellant Team Worldwide Corporation*

**CERTIFICATE OF COMPLIANCE**

The letter complies with the type-volume limitation set forth in Fed. R. App. P. 28(j) because the body of the letter contains 294 words.

Dated: October 4, 2023

*/s/ Robert Harkins*
Robert Harkins