# United States Court of Appeals for the Federal Circuit

---

**INTEX RECREATION CORP.,**
*Appellant*

**BESTWAY (USA), INC.,**
*Appellee*

**v.**

**TEAM WORLDWIDE CORPORATION,**
*Cross-Appellant*

**KATHERINE K. VIDAL, UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE,**
*Intervenor*

---

2020-1141, 2020-1142, 2020-1143, 2020-1149, 2020-1150, 2020-1151

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2018-00872, IPR2018-00873, IPR2018-00871, IPR2018-00870, IPR2018-00874.

---

**JUDGMENT**

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED**

FOR THE COURT

October 23, 2023
Date

/s/ Jarrett B. Perlow
Jarrett B. Perlow
Clerk of Court